FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2013 FEB -6  PM 4: 36

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

RANDY C. JOHNSON

CASE NO. 3:13-cr-27-J-25 JBT
Ct. 1:          18 U.S.C. § 1038(a)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about January 22, 2012, and on or about January 27, 2012, in Suwannee and Hillsborough Counties in the Middle District of Florida,

RANDY C. JOHNSON,

the defendant herein, did knowingly engage in conduct with the intent to convey false or misleading information, under circumstances in which the information may have been reasonably believed, and in which the information indicated that an activity had taken place, is taking place, and would take place, that would violate Title 18, United States Code, Chapter 10, to-wit: possession and transfer of a biological agent or toxin for use as a weapon.  Specifically, the defendant provided to another person for delivery in the United States mail an envelope

addressed to United States Magistrate Judge T.W. The envelope contained a white powdery substance and a letter threatening the life of United States Magistrate Judge T.W.

In violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL,

*James C Ward*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney

By: *Julie H. Savell*
Julie Hackenberry Savell
Assistant United States Attorney
Chief, Jacksonville Division

2

FORM OBD-34
APR 1991

No. 2012-01

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

RANDY C. JOHNSON

## INDICTMENT

Violations:

Ct. 1:  18 U.S.C. § 1038(a)(1)

A true bill,

*James C Ward*
Foreperson

Filed in open court this 6th day

of February, 2013.

*[signature]*
Clerk

Bail  $_____

GPO 863 525