UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:13-cr-27-J-25JBT

RANDY C. JOHNSON

### REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), A. Lee Bentley, III, Acting United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment pending against Defendant, Randy C. Johnson, in the above-captioned case, without prejudice, on the following grounds:

1. Prior to the return of the indictment in this case, an expert from the FBI concluded that Randy Johnson's DNA is on the envelope flap of envelope containing the hoax anthrax letter at issue in this case.

2. The FBI's handwriting expert has concluded that the Defendant may not have written the letter contained in the envelope, and a recently retained hand writing expert for the Defendant concluded that the Defendant did not write the letter contained in the envelope (although both experts concluded that Defendant's writing was on the envelope itself).

3. In addition, on September 4, 2013, counsel for the Government received a trace evidence report from the FBI lab indicating that an unknown light brown body hair was located underneath the stamp affixed to the front of the

envelope in this case. That type of hair is inconsistent with having originated from Defendant.

    3.    As such, the undersigned believes further prosecution of this matter is unwarranted. The undersigned has discussed this matter with counsel for the Defendant, Susan G. Yazgi, Esq., and the Defendant has no objection to the granting of this motion.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against Defendant, Randy C. Johnson, in the above-captioned case, without prejudice, and direct the Clerk of Court to close the case as to said defendant.

        Respectfully submitted,

        A. LEE BENTLEY, III
        Acting United States Attorney

By:   *s/ Mac D. Heavener, III*
      MAC D. HEAVENER, III
      Assistant United States Attorney
      Fla. Bar No. 0896748
      300 North Hogan Street, Suite 700
      Jacksonville, Florida  32202-4270
      Telephone:   (904) 301-6300
      Facsimile:    (904) 301-6310
      E-mail:   Mac.Heavener@usdoj.gov

U.S. v. RANDY C. JOHNSON						Case No. 3:13-cr-27-J-25JBT

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Susan Yazgi, Esq.

                                       *s/ Mac D. Heavener, III*
                                       MAC D. HEAVENER, III
                                       Assistant United States Attorney
                                       Florida Bar No. 0896748
                                       300 North Hogan Street, Suite 700
                                       Jacksonville, Florida  32202-4270
                                       Telephone:   (904) 301-6300
                                       Facsimile:    (904) 301-6310
                                       E-mail:  mac.heavener@usdoj.gov